AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

FILED
Tuesday, 18 July 2006 10:32:00 AM
Clerk, U.S. District Court, ILCD

JUL 18 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Service of the Summons and complaint was made by me⁽¹⁾ — DATE 6-28/06

NAME OF SERVER (PRINT): Steve Abron    TITLE: Plaintiff

06-1157

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By Certified Mail, Retur Receipt attached

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/28/06

Signature of Server

Address of Server: 246 Horton Street, Galesburg, IL 61401

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Menard Correctional Center
   Don Hulick, Warden
   711 Kaskaskia Street
   Menard IL. 62259

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): G. Young    C. Date of Delivery: 6/28/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label): 7006 0100 0004 1287 4819

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(1) As to who m

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of DISTRICT

STEVEN ABRON,
Plaintiff,

V.

STATE OF ILLINOIS, DEPARTMENT OF
CORRECTIONS, HENRY HILL
CORRECTIONAL CENTER,

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 06 - 1157

TO: (Name and address of Defendant)

Menard Correctional Center
Don Hulick, Warden
711 Kaskaskia Street
Menard, Illinois 62259

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steve Abron
246 Horton Street
Galesburg, Illinois 61401

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                              DATE

(By) DEPUTY CLERK