E-FILED
Thursday, 27 July, 2006 01:53:20 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of DISTRICT

STEVEN ABRON,
Plaintiff,

V.

STATE OF ILLINOIS, DEPARTMENT OF
CORRECTIONS, HENRY HILL
CORRECTIONAL CENTER,

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 06-1157

**FILED**
JUL 2 7 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RECEIVED
JUL 2 0 2006
SHERIFF'S OFFICE
RECORD SECTION



TO: (Name and address of Defendant)

State of Illinois Department of Corrections
Roger E. Walker, Jr., Director
1301 Concordia Court
Spring field, Illinois 62794-9277

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steve Abron
246 Horton Street
Galesburg, Illinois 61401

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John M. Waters          6/23/06
                        DATE

s/Clerk
(By) DEPUTY CLERK

349358
3000

✇AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                  *Signature of Server*

                                       _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

July 18, 2006

**Sangamon County Sheriff**
One Sheriff's Plaza
Springfield, Illinois 662701

Re: <u>Abron v. State of Illinois, et al.,</u>
USDC Case No: 06-1157

Dear Sir or Madam:

I have enclosed a complaint and two (2) copies of the **Summons** in the above-entitled cause of action. Please serve State of Illinois Department of Correction, Roger E. Walker, Jr., Director, 1301 Concordia Court, Springfield, Illinois 62794. Additionally, I have enclosed check number 2351 in the amount of $30.00 to cover the cost of your service fee.

Please return the affidavit of service in the enclosed self-addressed stamped envelope after service has been completed.

If you have any questions regarding this matter, please feel free to contact the undersigned.

Thank you for your prompt attention in this matter.

Very truly yours,

By: _____
Steve Abron
246 Holton
Galesburg, Illinois 61401
(309) 343-1884

encs.



# SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

### NEIL M. WILLIAMSON

(217) 753-6855　　　　　　　　　　　　　　　　　　　　#1 SHERIFFS PLAZA
(217) 753-6387 FAX　　　　　　　　　　　　　　　SPRINGFIELD, ILLINOIS 62701

I certify that I served this summons on the defendant as follows:
(Check appropriate box and complete information below)

☐ **Personal service** on an individual, by leaving a copy of the summons and complaint with the defendant personally

☐ **Abode service** on an individual, by leaving a copy of the summons and complaint with a member of the household thirteen (13) years or older, informing said person of the contents thereof, and also by sending a copy of the summons, in a sealed envelope, postage paid, to the individual listed in the summons.

☒ **Corporation service**, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ **Other service**, as described below.

Case Number __06-1157__

Name of defendant __Illinois Dept. Corrections - Dir. Walker__

Name of other person
Summons left with __Margaret J__

Sex ( M /(F)) Race __W__ Approx. age ____

Date of Service __7/21/06__ Time __1015__

Date of Mailing ____

Address at which paper was served:
__1301 Concordia__

Service fees __N/C__

Neil Williamson, Sheriff of Sangamon County

By, __C. Powell 756__, Civil Process Officer

IN PARTNERSHIP WITH THE COMMUNITY