**E-FILED**
Thursday, 27 July, 2006 01:54:33 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

JUL 2 7 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CENTRAL District of DISTRICT

STEVEN ABRON,
Plaintiff,

**SUMMONS IN A CIVIL ACTION**

V.

STATE OF ILLINOIS, DEPARTMENT OF
CORRECTIONS, HENRY HILL
CORRECTIONAL CENTER,

CASE NUMBER: 06-1157

TO: (Name and address of Defendant)

Henry Hill Correctional Center
Bill Smith, Business Administrator
600 South Linwood Road
Galesburg, Illinois 61401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steve Abron
246 Horton Street
Galesburg, Illinois 61401

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

 PAID

John M. Waters                         6/23/06
CLERK                                  DATE

(By) DEPUTY CLERK  s/Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                  *Signature of Server*

                                       _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Personal Service

STATE OF ILLINOIS
County of Knox

I have this 12th day of JULY, 2006, served the within SUMMONS
Upon the within named subject WILLIAM GLEN SMITH
by leaving a true copy thereof with WILLIAM GLEN SMITH - BUSINESS ADMINISTRATOR
Race: W    Sex: M    DOB: 02-28-1945
personally in Knox County, Illinois. Address: Henry Hill CC, GALESBURG IL
Sheriff's Fee $ _____

Sheriff of Knox County, Illinois
By RW Brown #682
    Deputy         ID#

---

Abode Service

STATE OF ILLINOIS
County of Knox

I have this _____ day of _____, 200__, served the within _____ upon the within named defendant _____ by leaving a true copy thereof for said defendant with _____ Race: _____
Sex: _____ DOB: _____, a person of the household of said defendant of the age of thirteen years or upwards, and informing such person of the contents thereof.

I certify that I have also on the _____ day of _____, 200__, deposited in the United States Post Office at Galesburg, IL a true copy of said _____ in a sealed envelope with postage thereon fully prepaid.

Sheriff of Knox County, Illinois
By _____
    Deputy         ID#

---

Non-service

Unable to locate in time _____

Moved _____

No such address _____