IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| STEVEN ABRON, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-1157 |
| STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, HENRY HILL CORRECTIONAL CENTER, and DON HULICK, Warden, individually, BILL SMITH, Business Administrator, individually, and FRANK SHAW, Assistant Warden, individually, and in their official capacity, | ) |
| Defendants. | ) |

## ANSWER AND AFFIRMATIVE DEFENSES

NOW COMES Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its Attorney, Lisa Madigan, Attorney General for the State of Illinois, and for its Answer to Plaintiff's Complaint states as follows:

1. Defendant does not dispute that Plaintiff's allegations involve a federal question. Defendant does not dispute venue. Defendant lacks knowledge regarding the remaining allegations of Paragraph 1 and therefore denies same and demands strict proof thereof.

2. Defendant lacks knowledge regarding the allegations of Paragraph 2 and therefore denies same and demands strict proof thereof.

3. Defendant lacks knowledge regarding the allegations of Paragraph 3 and therefore denies same and demands strict proof thereof.

4. Defendant denies that the State of Illinois is an employer within the meaning of Title VII of the 1964 Civil Rights Act. Defendant admits that Illinois Department of Corrections is a department within the government structure of the State of Illinois.

Defendant denies that Henry Hill Correctional Center is a department or subdivision within the government structure of the State of Illinois.

5. Defendant admits that Don Hulick was Warden of the Henry Hill Correctional Center in February 2004, and remained Warden until approximately August 2005.

6. Defendant admits that Frank Shaw was Assistant Warden of the Henry Hill Correctional Center in February 2004, and remained Assistant Warden until approximately August 2005.

7. Defendant admits that Bill Smith was the Business Administrator of the Henry Hill Correctional Center in February 2004, and remains Business Administrator as of the date of this Answer.

**Count I**

8. Defendant denies the allegations of Paragraph 8.

9. Defendant lacks knowledge regarding the allegations of Paragraph 9 and therefore denies same and demands strict proof thereof.

10. Defendant admits the allegations of Paragraph 10.

11. Defendant admits the allegations of Paragraph 11.

12. Defendant denies the allegations of Paragraph 12.

13. Defendant denies the allegations of Paragraph 13.

Defendant denies that Plaintiff is entitled to any of the relief requested in the Complaint.

**AFFIRMATIVE DEFENSES**

NOW COMES Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and for its Affirmative Defenses to Plaintiff's Complaint states as follows:

1. Even if Defendant is found to have discriminated, the employment decision would have been the same absent discrimination.

2. Plaintiff failed to take advantage of the Defendant's policies designed to correct discrimination.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

By:   s/ Thomas H. Klein
THOMAS H. KLEIN, #6271653
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-9014
Facsimile: (217) 524-5091
tklein@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on September 5, 2006, I electronically filed the foregoing Answer with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    None

and I hereby certify that on September 5, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

    Steve Abron
    246 Holton Street
    Galesburg, IL 61401

                                        Respectfully submitted,

                                        s/ Thomas H. Klein
                                        THOMAS H. KLEIN, #6271653
                                        Assistant Attorney General
                                        500 South Second Street
                                        Springfield, IL  62706
                                        Telephone:  (217) 782-9014
                                        Facsimile:  (217) 524-5091
                                        tklein@atg.state.il.us