IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| STEVEN ABRON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 06-1157 |
| STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, HENRY HILL CORRECTIONAL CENTER, and DON HULICK, Warden, individually, BILL SMITH, Business Administrator, individually, and FRANK SHAW, Assistant Warden, individually, and in their official capacity, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**MOTION TO DISMISS**

NOW COME Defendants, HENRY HILL CORRECTIONAL CENTER, DON HULICK, BILL SMITH, and FRANK SHAW, and for their Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) and 17(b) state as follows:

1. Plaintiff has filed a single count Complaint pursuant to Title VII.

2. None of the Defendants joining in this Motion is an "employer" as that term is defined in Title VII.

3. The "official capacity" actions against Don Hulick, Bill Smith, and Frank Shaw are identical to the action brought against the Illinois Department of Corrections. Therefore, the Illinois Department of Corrections is the proper Defendant. See Bryson v. Chicago State University, 96 F.3d 912, 917 (7th Cir. 1996).

4. The Henry Hill Correctional Center is not an entity capable of being sued.

5. Filed concurrently with this Motion is Defendants' Memorandum of Law in support of their Motion to Dismiss.

WHEREFORE, Defendants, Henry Hill Correctional Center, Don Hulick, Bill Smith, and Frank Shaw, respectfully request that they be dismissed with prejudice from this action.

Respectfully submitted,

HENRY HILL CORRECTIONAL CENTER,
DONALD HULICK, FRANK SHAW and
WILLIAM G. SMITH,

    Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

    Attorney for Defendants,

By:   s/ Thomas H. Klein
      THOMAS H. KLEIN, #6271653
      Assistant Attorney General
      500 South Second Street
      Springfield, IL  62706
      Telephone:  (217) 782-9014
      Facsimile:  (217) 524-5091
      tklein@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2006, I electronically filed the foregoing Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on September 5, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

Steve Abron
246 Holton Street
Galesburg, IL 61401

Respectfully submitted,

 s/ Thomas H. Klein
THOMAS H. KLEIN, #6271653
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-9014
Facsimile:  (217) 524-5091
tklein@atg.state.il.us