IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| STEVEN ABRON, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-1157 |
| STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, HENRY HILL CORRECTIONAL CENTER, and DON HULICK, Warden, individually, BILL SMITH, Business Administrator, individually, and FRANK SHAW, Assistant Warden, individually, and in their official capacity, | ) |
| Defendants. | ) |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS**

NOW COME Defendants, HENRY HILL CORRECTIONAL CENTER, DON HULICK, BILL SMITH, and FRANK SHAW, and in support of their Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) and 17(b) state as follows:

**INTRODUCTION**

On June 23, 2006, Plaintiff filed a Complaint alleging that he was not hired for a position as a barber by the Illinois Department of Corrections because of his race. The single count Complaint is brought pursuant to Title VII. Dismissal is proper because the employer for the position for which Plaintiff applied was the Illinois Department of Corrections and not any of the Defendants joining in this Motion. Also, dismissal is proper as to Don Hulick. Bill Smith, and Frank Shaw because there is no individual liability under Title VII and the official capacity claims are identical to the claim against the Illinois

Department of Corrections. Finally, Henry Hill Correctional Facility is not an entity capable of being sued.

### ARGUMENT

**I.   Henry Hill Correctional Facility is not an employer as that term is defined by Title VII.**

Henry Hill Correctional Facility is the name given to a prison maintained by the Illinois Department of Corrections. Henry Hill Correctional Facility does not have employees. Rather, the individuals who work inside Henry Hill Correctional Facility are employees of the Illinois Department of Corrections. Because Henry Hill Correctional Facility does not have employees, it is not an employer as that term is defined by Title VII. Therefore, dismissal is appropriate.

**II.   The individual defendants are, at most, supervisors employed by the Illinois Department of Corrections and are not employers under Title VII.**

Don Hulick, Bill Smith, and Frank Shaw are employees of the Illinois Department of Corrections sued in both their individual and official capacities. Plaintiff makes no allegation that any of these individual defendants has employees in their individual capacity, and the Complaint makes quite clear that Plaintiff applied for a job with the Illinois Department of Corrections. (Complaint at ¶10). At most, then, Plaintiff alleges that the individual defendants are supervisors within the Department of Corrections. Because a supervisor does not, in his individual capacity, fall within Title VII's definition of employer, Plaintiff can state no set of facts which would enable him to recover under Title VII against Don Hulick, Bill Smith, or Frank Shaw in their individual capacities. Therefore, dismissal

is proper as to the claim brought against Don Hulick, Bill Smith, and Frank Shaw in their individual capacities.

Moreover, Plaintiff brings an action against the individual defendants in their official capacities and also against the Department of Corrections. The cause of action against the individual defendants is identical to the cause of action brought against the Department of Corrections. Therefore, the cause of action against the individual defendants in their official capacities must be dismissed because the proper defendant for that purpose is the Illinois Department of Corrections. See Bryson v. Chicago State University, 96 F.3d 912, 917 (7th Cir. 1996) (Title VII suit against Provost of Chicago State University in his official capacity should have been dismissed because it was identical to the action brought against Chicago State University itself and Chicago State University was the proper defendant.)

### III. The Henry Hill Correctional Center is not a legal entity capable of being sued.

Federal Rule of Civil Procedure 17(b) requires a defendant to be a legal entity capable of being sued. Henry Hill Correctional Center is not a legal entity capable of being sued. Henry Hill Correctional Center is merely the name given to one prison within the Illinois Department of Corrections, and as such is an organizational division of the Illinois Department of Corrections. Nothing in law creates a separate and individual legal entity called Henry Hill Correctional Center. Therefore, dismissal of Henry Hill Correctional Center as a party to this lawsuit is proper. See Meek v. Springfield Police Department, 990 F. Supp. 598, 601 (C.D. Ill. 1998) (Springfield Police Department dismissed as party defendant because it was not an entity capable of being sued but rather an organizational division of the City of Springfield).

WHEREFORE, Defendants, Henry Hill Correctional Center, Don Hulick, Bill Smith, and Frank Shaw, respectfully request that they be dismissed with prejudice from this action.

>
> Respectfully submitted,
>
> HENRY HILL CORRECTIONAL CENTER,
> DONALD HULICK, FRANK SHAW, and
> WILLIAM G. SMITH,
>
>     Defendants,
>
> LISA MADIGAN, Attorney General,
> State of Illinois,
>
>     Attorney for Defendants,
>
> By:   s/ Thomas H. Klein
>       THOMAS H. KLEIN, #6271653
>       Assistant Attorney General
>       500 South Second Street
>       Springfield, IL 62706
>       Telephone: (217) 782-9014
>       Facsimile: (217) 524-5091
>       tklein@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on September 5, 2006, I electronically filed the foregoing Memorandum of Law in Support of Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    None

and I hereby certify that on September 5, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

    Steve Abron
    246 Holton Street
    Galesburg, IL 61401

                                  Respectfully submitted,

                                  s/ Thomas H. Klein
                                  THOMAS H. KLEIN, #6271653
                                  Assistant Attorney General
                                  500 South Second Street
                                  Springfield, IL  62706
                                  Telephone:  (217) 782-9014
                                  Facsimile:  (217) 524-5091
                                  tklein@atg.state.il.us