E-FILED
Monday, 18 September, 2006  01:42:52 PM
Clerk, U.S. District Court, ILCD

September 18, 2006



U.S. District Court
United States District Court for the
Central District of Illinois

Notice of Filling

PRO SE: Steve Abron
Case Name: Abron V State of Illinois Department of Corrections

Case Number: 06-1157    1:06-CV-1157

Dear Mr. John M. Waters, Clerk U.S. District Court

I have been PRO SE of my case. I would like more time to talk to an attorney. I have an appointment with an attorney.

Please file a motion for extention of time to respond to motions to dismiss.

Signed __ PRO SE: _Steve D. Abron_
Date _SEPT 17 2006_