E-FILED
Tuesday, 24 October, 2006 10:07:36 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

FILED
OCT 23 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ABRON
Plaintiff(s)

vs.

STATE of ILLINOIS
Department of Correction et al
Defendant(s)

Case Number: 1:06-CV-1157

## MOTION FOR APPOINTMENT OF COUNSEL

I, Steve ABRON, declare that I am the (check appropriate box):
[X] Plaintiff [ ] Defendant   In the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: Attach Letters from attorneys. Will not be retaining them because of service fees

In further support of my motion, I declare that (check appropriate box):

[X] I am not currently, nor previously have been represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

[ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

In further support of my motion, I declare that (Check appropriate box)

[X] I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

[ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is true and correct representation of my financial status.

[ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Oct 23 2006

Movant's Signature: Steve D. Abron

Street Address: 246 Holton

City/State/Zip: Galesburg IL. 61401

Certifat of service

I mailed this motion of appointment of conal to Thomas Klein

Oct. 23 2006    [signature]
246 Holton
Galesburg ILL

# Donald R. Jackson
## Attorney At Law

456 Fulton Street • Suite 218  
Twin Towers  
Peoria, Illinois 61602

309/637-1010  
Fax 309/637-1106

June 21, 2006

Mr. Steve Abrons  
246 Holton Street  
Galesburg, Illinois 61401

Re:   Abrons v. Henry Hill Correctional Center,

Dear Mr. Abron:

This letter will advise you that the complaint that you asked me to draft for you against the Henry Hill Correctional Center, and others, alleging racial discrimination in employment is ready for your signature.

On this date, you were contacted by my paralegal, Joana Thomas, who advised that the complaint was ready for your signature and to be filed in Federal District Court. She advise that you have now determined that you may not want to file this complaint. That certainly is you choice. However, please keep in mind that if you want to pursue your claim that race was a factor in the decision of the Henry Hill Correctional Center to reject your application to supervise the barber facilities at the facility because of your race, you __must__ file your complaint on or before June 26, 2006. If you file the complaint one (1) day late you have lost your right to pursue this matter based on the Right to Sue Letter.

It is my understanding that my office has informed you of the filing cost for the complaint. If you have any additional questions or comments please do not hesitate to contact me.

Very truly yours,

By: _____  
DONALD R. JACKSON  
Attorney At Law

DRJ/jkt

*Certified Minority Business*

# Donald R. Jackson
## Attorney At Law

456 Fulton Street • Suite 218  
Twin Towers  
Peoria, Illinois 61602

309/637-1010  
Fax 309/637-1106

Steve Abron  
246 Holton  
Galesburg IL 61401

June 23, 2006

In Reference To: The State of Illinois  
Invoice #23390

    Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/11/2006 | Consultation with client | 1.00<br>175.00/hr | 175.00 |
| 6/14/2006 | Consultation with client, review IDHR investigation file | 1.25<br>175.00/hr | 218.75 |
| 6/21/2006 | Draft Complaint for the United States District Court | 2.86<br>175.00/hr | 500.50 |
|  | **For professional services rendered** | **5.11** | **$894.25** |
| 5/12/2006 | Payment - thank you. Check No. 2322 |  | ($175.00) |
|  | **Total payments and adjustments** |  | **($175.00)** |
|  | Balance due |  | $719.25 |

Certified Minority Business



# Stoerzbach Morrison P.C.
### ATTORNEYS AT LAW

*Robert C. Stoerzbach • Dwayne I. Morrison • Daniel B. Stoerzbach • John W. Robertson*
*Pamela S. Wilcox • Daniel S. Alcorn • Jeremy S. Karlin • H. Wayne Statham*
Burrel Barash (1906-1993) • Daniel P. Nagan (1949-1988) • Todd S. Josefson (1978-2004)

October 11, 2006

Mr. Steve Abron
246 Holton Street
Galesburg, IL  61401

**RE:    Illinois Department of Corrections**

Dear Steve:

It was a pleasure meeting you in my office last month. It is my understanding from your telephone call to my secretary that you will not be retaining us to represent you in your case against the Department of Corrections.

Enclosed please find my fee statement for our office conference.

If there is anything that we can do for you in the future, please don't hesitate to give us a call.

Sincerely,

STOERZBACH MORRISON, P.C.,

By  *Daniel S. Alcorn*
    Daniel S. Alcorn
    For the Firm

DSA/ch
Enclosure



# Stoerzbach Morrison P.C.
## ATTORNEYS AT LAW

*Robert C. Stoerzbach • Dwayne I. Morrison • Daniel B. Stoerzbach • John W. Robertson*
*Pamela S. Wilcox • Daniel S. Alcorn • Jeremy S. Karlin • H. Wayne Statham*
*Burrel Barash (1906-1993) • Daniel P. Nagan (1949-1988) • Todd S. Josefson (1978-2004)*

EIN 37-1091589

|  |  |
|---|---|
| Steve Abron | Page 1 |
| 246 Holton Street | 10/10/2006 |
| Galesburg, IL 61401 | Account 20671-000L |
|  | Audit Control 1 |

RE: Other Employment v. Illinois Department of
Corrections/DSA: 2006-1479

## STATEMENT

| Date | | Description | Rate | HOURS | |
|---|---|---|---|---|---|
| 09/26/2006 | DSA | Meeting with Steve to discuss suit against IDOC et al. | 195.00 | 0.50 | 97.50 |
| | | TOTAL FEES | | 0.50 | 97.50 |
| | | TOTAL BALANCE DUE | | | $97.50 |

*Please make checks payable to Stoerzbach Morrison, P.C. Thank You.*

*˙ ₁₃₂₈ · Galesburg, IL 61402-1328 · phone 309-341-6000 · fax 309-343-750*

LAW OFFICES
# LUDENS POTTER BURCH & MELTON
SINCE 1868

FRANK D. RAMSAY (1868-1897)
SAMUEL McCALMONT (1895-1937)
LUTHER R. RAMSAY (1899-1939)
WILLIAM D. LITTLE (1929-1935)
MASON BULL (1935-1983)
LAWRENCE A. LUDENS (1946-1990)

ROBERT H. POTTER (RETIRED)

WILLIAM A. BURCH
THOMAS J. POTTER
M. TOD MELTON

STANLEY B. STEINES
OF COUNSEL

FOUR POINTS SHERATON ARCADE
226 - 17TH STREET, SUITE NINE
ROCK ISLAND, ILLINOIS 61201
TELEPHONE 309/794-0784
FACSIMILE 309/794-0786
www.ludenslaw.com

WHITESIDE COUNTY OFFICE:
409 NORTH CHERRY STREET
POST OFFICE BOX 360
MORRISON, ILLINOIS 61270-0360
TELEPHONE 815/772-2161
FACSIMILE 815/772-7440

October 3, 2006

Mr. Steve Abron
246 Holton Street
Galesburg Illinois 61401

Re:    Potential Case

Dear Mr. Abron:

It was pleasant speaking to you on the phone recently. Unfortunately, your potential discrimination case is outside my area of expertise. I am, therefore, unable to take legal responsibility for your case. What you really need is a experienced civil rights attorney. You might try calling the following attorney: Fred Schlosser, Gates, Wise, & Schlosser, 1231 South Eighth Street, Springfield, Illinois 62703 and telephone number 217-522-9010.

I do not personally know Mr. Schlosser, but I know that he has taken several civil rights cases to trial, and is not afraid of suing the State of Illinois. I wish you all the luck in the world with your case. With kind regards, I remain

Very truly yours,

Ludens Potter Burch & Melton

By: _____
M. Tod Melton

MTM/nrw
cc: John Rehn




# H&R Block ADVANTAGE

## 2005 Tax Return Summary

### Federal Year over Year Comparison

| INCOME | Year 2005 | Year 2004 | Change($) |
|---|---|---|---|
| Wages, salaries, tips | $12,687 | $12,005 | $682 |
| Ordinary dividend income | $86 | $76 | $10 |
| Business income(loss) | $14,814 | $14,697 | $117 |
| Capital gain (loss) | $0 | $18 | ($18) |
| Rents, partnerships, etc | $4,373 | $1,250 | $3,123 |
| Total income | $31,960 | $28,046 | $3,914 |

| ADJUSTMENTS | | | |
|---|---|---|---|
| Student loan interest deduction | $856 | $433 | $423 |
| Self-employed tax deduction | $1,047 | $1,039 | $8 |
| Total adjustments | $1,903 | $1,472 | $431 |

| ADJUSTED GROSS INCOME | | | |
|---|---|---|---|
| Total income less total adjustments | $30,057 | $26,574 | $3,483 |

| TAXABLE INCOME | | | |
|---|---|---|---|
| Standard deductions | $10,000 | $9,700 | $300 |
| Exemptions | $9,600 | $9,300 | $300 |
| Taxable income | $10,457 | $3,304 | $7,153 |

| TAX COMPUTATION | | | |
|---|---|---|---|
| Income tax | $1,042 | $328 | $714 |
| Tax before credits | $1,042 | $328 | $714 |

| CREDITS | | | |
|---|---|---|---|
| Education credits | $0 | $40 | ($40) |
| Total credits | $0 | $40 | ($40) |
| Tax after credits | $1,042 | $288 | $754 |

| OTHER TAXES | | | |
|---|---|---|---|
| Self-employment tax | $2,093 | $2,077 | $16 |
| Total tax | $3,135 | $2,365 | $770 |

| PAYMENTS | | | |
|---|---|---|---|
| Federal withholding | $1,579 | $1,470 | $109 |
| Earned income credit | $0 | $761 | ($761) |
| Total payments | $1,579 | $2,231 | ($652) |

| AMOUNT DUE | | | |
|---|---|---|---|
| Amount owed with return | $1,557 | $134 | $1,423 |
| Penalty for underpayment of tax | $1 | $0 | $1 |

**An H&R Block Tax Professional is available year-round to provide you with information about these opportunities. For more information about tax, mortgage and financial services call 1-800-HRBLOCK or visit hrblock.com.**

This H&R Block Advantage document provides suggestions that may help you improve your tax and financial situation. Its contents should be considered in conjunction with information you receive from other sources that are familiar with your specific circumstances. H&R Block Financial Advisors, Inc., a subsidiary of H&R Block Inc. offers investment services and securities products. H&R Block Financial Advisors, Inc. is a dually-registered investment advisor and broker-dealer and a member of NYSE/SIPC. Tax services offered through subsidiaries of H&R Block Services Inc. Mortgage services offered through H&R Block Mortgage Inc. H&R Block Inc., H&R Block Services Inc. and H&R Block Mortgage Inc. are not registered broker-dealers.

**Illinois Department of Revenue**  `0 0 - 4 3 6 3 2 -` ☐☐☐☐ `- 6`
Declaration Control Number (DCN)

**IL-8453  Illinois 2005 Individual Income Tax Electronic Filing Declaration**
(Do **not** mail Form IL-8453 to the Illinois Department of Revenue unless it is requested for review.)

### Step 1: Provide taxpayer information

Print or type:

| STEVEN D | GLORIA J | ABRON | |
|---|---|---|---|
| First name and middle initial | Spouse's first name (and last name if different) | Last name | Social Security number: 1 |

246 HOLTON
Mailing address — Spouse's Social Security number

GALESBURG   IL   61401          (309) 343-1884
City             State  ZIP     Daytime phone number

### Step 2: Complete information from tax return

| | | |
|---|---|---|
| 1 | Net income from Form IL-1040, Line 13, or Schedule NR, Step 5, Line 55 | 1   24,057.00 |
| 2 | Tax from Form IL-1040, Line 15 | 2      722.00 |
| 3 | Illinois Income Tax withheld from Form IL-1040, Line 17 **only** (write "0" if none) | 3      381.00 |
| 4 | Overpayment from Form IL-1040, Line 30 | 4         .00 |
| 5 | Total amount due from Form IL-1040, Line 34 | 5      320.00 |
| 6 | Filing status: ___ Single/head of household    **X** Married filing jointly    ___ Married filing separately    ___ Widowed | |

### Step 3: Complete direct deposit of refund or electronic funds withdrawal information (Optional)

Note: To initiate a payment or refund transaction, the information in this Step must be included within the electronic transmission.

7  Routing no. (RN): _____

8  Account no. (AN): _____

9  Type of account:  ___ Checking   ___ Savings

10 Date the payment is to be electronically withdrawn: _____

11 Electronic funds withdrawal amount: _____

12 Name on account: _____

### Step 4: Taxpayer declaration and signature (Sign only after Step 2 and Step 3 (if applicable) is completed.)

☐ I consent that my refund may be directly deposited as designated in Step 3 and declare the information on lines 7 through 9 is correct. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

☐ I authorize the Illinois Department of Revenue (IDOR) and its designated financial agent to initiate an ACH electronic funds withdrawal as designated in the electronic portion of my 2005 Illinois income tax return. I authorize the financial institutions involved in the processing of an electronic overpayment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

**X** I do not want direct deposit of my refund, or an electronic funds withdrawal (direct debit) of my balance due.

Under penalties of perjury, I declare the information on my electronic IL-1040 return and the information I provided to my electronic return originator (ERO) are identical. To the best of my knowledge, my return is true, correct, and complete. I consent that my return, this declaration, and accompanying information may be sent to IDOR by my ERO. I authorize IDOR to inform my ERO and/or the transmitter when my return has been accepted or rejected. If rejected, I authorize IDOR to identify the reason(s) so the return may be corrected and retransmitted if possible.

Sign here

| COPY ONLY | | COPY ONLY | |
|---|---|---|---|
| Your signature | Date | Spouse's signature (if joint return, **both** must sign) | Date |

### Step 5: Electronic return originator (ERO) and paid preparer declaration and signature

I declare that I have examined this taxpayer's electronic IL-1040 return, the information on this Form IL-8453, and accompanying information. I have followed all requirements of this program and declare, under penalties of perjury, that to the best of my knowledge the taxpayer's return and accompanying information are true, correct, and complete.

ERO use only:

| | 04/11/2006 | Check if paid preparer: **X** (See instructions.) |
|---|---|---|
| ERO's signature | Date | |

H AND R BLOCK
Firm's name or your name if self-employed — Your Social Security number (SSN) or PTIN

1134 N HENDERSON SUITE B
Mailing address — Federal employer identification number (FEIN)

GALESBURG  IL  61401          (309) 343-8414
City            State  ZIP     Phone number

### Step 6: Attach required documents (e.g., Forms W-2, W-2G, 1099-R, IL-1310, out-of-state returns, etc.)

IL-8453 (R-10/05)
3018

# Form 1040 — U.S. Individual Income Tax Return 2005

Department of the Treasury - Internal Revenue Service
(99)  IRS Use Only - Do not write or staple in this space.
OMB No. 1545-0074

**Label**
Use the IRS label. Otherwise, please print or type.

STEVEN D ABRON
GLORIA J ABRON
246 HOLTON
GALESBURG, IL 61401

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16). ☐ You ☐ Spouse

**Filing Status** — Check only one box.
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name below.
4. ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
- 6b ☒ Spouse

Boxes checked on 6a and 6b: **2**
No. of children on 6c who:
• lived with you: **1**
• did not live with you due to divorce or separation:
Dependents on 6c not entered above:
Add numbers on lines above ▶ **3**

c. Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax cr. |
|---|---|---|---|
| STACI ABRON | | DAUGHTER | |

If more than four dependents, see page 19.

d. Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 12,687. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | 86. |
| 9b | Qualified dividends (see page 23) | 86. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 14,814. |
| 13 | Capital gain/(loss). Attach Sch D. If not required check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions    b Taxable amt | |
| 16a | Pensions and annuities    b Taxable amt | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 4,373. |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits    b Taxable amt | |
| 21 | Other income. List type and amount (see page 29) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 31,960. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see page 29) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 1,047. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see page 30) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid    b Recipient's SSN ▶ | |
| 32 | IRA deduction (see page 31) | |
| 33 | Student loan interest deduction (see page 33) | 856. |
| 34 | Tuition and fees deduction (see page 34) | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 1,903. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 30,057. |

KBA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 78.    Form 1040 (2005)

*COPY ONLY — DO NOT FILE*

Form 1040 (2005)  STEVEN D & GLORIA J ABRON                                         Page 2

| | | | |
|---|---|---|---:|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 30,057. |
| | 39a | Check if: ☐ You were born before January 2, 1941, ☐ Blind. ☐ Spouse was born before January 2, 1941, ☐ Blind. Total boxes checked ▶ 39a | | |
| **Standard Deduction for -** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see pg 35 & check here ▶ 39b ☐ | | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 36. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 10,000. |
| | 41 | Subtract line 40 from line 38 | 41 | 20,057. |
| | 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see page 37. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | 42 | 9,600. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 10,457. |
| | 44 | Tax. Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 44 | 1,042. |
| • All others: Single or Married filing separately, $5,000 | 45 | Alternative minimum tax (see page 39). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | 1,042. |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| Married filing jointly or Qualifying widow(er), $10,000 | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| | 50 | Education credits. Attach Form 8863 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| Head of household, $7,300 | 52 | Child tax credit (see page 41). Attach Form 8901 if required | 52 | |
| | 53 | Adoption credit. Attach Form 8839 | 53 | |
| | 54 | Credits from: a ☐ Form 8396  b ☐ Form 8859 | 54 | |
| | 55 | Other credits. Check applicable box(es): a ☐ Form 3800  b ☐ Form 8801  c ☐ Form ___ | 55 | |
| | 56 | Add lines 47 through 55. These are your total credits | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 1,042. |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 | 2,093. |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2 | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | 62 | |
| | 63 | Add lines 57 through 62. This is your total tax ▶ | 63 | 3,135. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 1,579. |
| If you have a qualifying child, attach Schedule EIC. | 65 | 2005 estimated tax payments & amount applied from 2004 return | 65 | |
| | 66a | Earned income credit (EIC) | 66a | |
| | b | Nontaxable combat pay election ▶ 66b | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | |
| | 69 | Amount paid with request for extension to file (see page 59) | 69 | |
| | 70 | Payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 70 | |
| | 71 | Add lns 64, 65, 66a, & 67 through 70. These are your total payments ▶ | 71 | 1,579. |
| **Refund** | 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you overpaid ▶ | 72 | |
| Direct deposit? See page 59 and fill in 73b, 73c, and 73d. | 73a | Amount of line 72 you want refunded to you ▶ | 73a | |
| | b | Routing number ___  ▶ c Type: ☐ Checking  ☐ Savings | | |
| | d | Account number ___ | | |
| | 74 | Amount of line 72 you want applied to your 2006 estimated tax ▶ 74 | | |
| **Amount You Owe** | 75 | Amount you owe. Subtract line 71 from line 63. For details on how to pay, see page 60 ▶ | 75 | 1,557. |
| | 76 | Estimated tax penalty (see page 60) | 76 | 1. |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 61)? ☒ Yes. Complete the following. ☐ No |
|---|---|
| | Designee's name ▶ HR BLOCK    Phone no. ▶ (217) 224-1040    Personal ID number (PIN) ▶ |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |
|---|---|
| Joint return? See page 17. Keep a copy for your records. | Your signature: For Info Only-Do not file  Date:    Your occupation: BARBER    Daytime phone number: |
| | Spouse's signature. If a joint return, both must sign. For Info Only-Do not file  Date:    Spouse's occupation: TEACHERS ASSIST |

| **Paid Preparer's Use Only** | Preparer's signature ▶    Date: 4/11/2006    Check if self-employed ☐    Preparer's SSN or PTIN: P00334436 |
|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ H AND R BLOCK  GALESBURG, IL 61401    EIN    Phone no. (309) 343-8414 |

Form 1040 (2005)

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)
▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2005**
Attachment Sequence No. **09**

Name of proprietor: **STEVEN D ABRON**
Social security number (SSN): 5

**A** Principal business or profession, including product or service (see page C-2 of the instructions)
  BARBER STYLIST : BARBER STYLIST
**B** Enter code from pages C-8, 9 & 10 ▶ 812111

**C** Business name. If no separate business name, leave blank.
  STEVEN D ABRON
**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶ 427 S HENDERSON
  City, town or post office, state, and ZIP code  GALESBURG, IL 61401

**F** Accounting method: (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶
**G** Did you "materially participate" in the operation of this business during 2005? If "No," see page C-3 for limit on losses ... [X] Yes [ ] No
**H** If you started or acquired this business during 2005, check here ▶ [ ]

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here  SEE ATTACHMENT ▶ [ ] | 1 | 29,442. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 29,442. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 29,442. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 29,442. |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense | 18 | |
| 9 | Car and truck expenses (see page C-3) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
|   |  |   | | 20 | Rent or lease (see page C-5): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see page C-4) | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | 494. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | | 22 | Supplies (not included in Part III) | 22 | 4,122. |
|   |  |   | | 23 | Taxes and licenses  ATTACHMENT | 23 | 1,012. |
|   |  |   | | 24 | Travel, meals, and entertainment: | | |
|   |  |   | | a | Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Deductible meals and entertainment (see page C-5) | 24b | |
| 15 | Insurance (other than health) | 15 | 2,160. | 25 | Utilities | 25 | 4,918. |
| 16 | Interest: | | | 26 | Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27 | Other expenses (from line 48 on page 2) | 27 | 1,922. |
| b | Other | 16b | | | | | |
| 17 | Legal and professional services | 17 | | | | | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 14,628. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | 14,814. |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you **must** go to line 32. | 31 | 14,814. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6).<br>• If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you **must** attach Form 6198. Your loss may be limited. | 32a [ ] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

KBA   For Paperwork Reduction Act Notice, see Form 1040 instructions.              Schedule C (Form 1040) 2005

Schedule C (Form 1040) 2005  STEVEN D ABRON                                                                 Page 2

### Part III  Cost of Goods Sold (see page C-6)

33  Method(s) used to value closing inventory:   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

| Line | Description | Amount |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | |
| 41 | Inventory at end of year | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | |

### Part IV  Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44  Of the total number of miles you drove your vehicle during 2005, enter the number of miles you used your vehicle for:

  a  Business _____   b  Commuting (see inst) _____   c  Other _____

45  Do you (or your spouse) have another vehicle available for personal use? ☐ Yes ☐ No

46  Was your vehicle available for personal use during off-duty hours? ☐ Yes ☐ No

47a  Do you have evidence to support your deduction? ☐ Yes ☐ No

  b  If "Yes," is the evidence written? ☐ Yes ☐ No

### Part V  Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---|
| TRASH PICKUP | 300. |
| CABLE TV | 179. |
| SNOW REMOVAL | 75. |
| PHONE | 1,068. |
| DONATIONS | 300. |
| | |
| | |
| | |
| 48  Total other expenses. Enter here and on page 1, line 27 | 1,922. |

Schedule C (Form 1040) 2005

COPY ONLY  DO NOT FILE

| SCHEDULE E (Form 1040) | Supplemental Income and Loss | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.) ▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule E (Form 1040). | 2005 Attachment Sequence No. 13 |

Name(s) shown on return: STEVEN D & GLORIA J ABRON

Your social security number: _____

**Part I** Income or Loss From Rental Real Estate and Royalties Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see page E-3). Report farm rental income or loss from Form 4835 on page 2, line 40.

| 1 List the type and location of each rental real estate property: | 2 For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of: • 14 days or • 10% of the total days rented at fair rental value? (See page E-3.) | Yes | No |
|---|---|---|---|
| A  APARTMENT  427 S HENDERSON GALESBURG IL | | A | X |
| B | | B | |
| C | | C | |

| Income: | | Properties A | B | C | | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|
| 3 Rents received | 3 | 4,800. | | | 3 | 4,800. |
| 4 Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | |
| 5 Advertising | 5 | | | | | |
| 6 Auto and travel (see page E-4) | 6 | | | | | |
| 7 Cleaning and maintenance | 7 | | | | | |
| 8 Commissions | 8 | | | | | |
| 9 Insurance | 9 | | | | | |
| 10 Legal and other professional fees | 10 | | | | | |
| 11 Management fees | 11 | | | | | |
| 12 Mortgage interest paid to banks, etc. (see page E-4) | 12 | | | | 12 | |
| 13 Other interest | 13 | | | | | |
| 14 Repairs | 14 | | | | | |
| 15 Supplies | 15 | | | | | |
| 16 Taxes | 16 | 427. | | | | |
| 17 Utilities | 17 | | | | | |
| 18 Other (list) ▶ | 18 | | | | | |
| 19 Add lines 5 through 18 | 19 | 427. | | | 19 | 427. |
| 20 Depreciation expense or depletion (see page E-4) | 20 | | | | 20 | |
| 21 Total expenses. Add lines 19 and 20 | 21 | 427. | | | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-5 to find out if you must file Form 6198 | 22 | 4,373. | | | | |
| 23 Deductible rental real estate loss. Caution. Your rental real estate loss on line 22 may be limited. See page E-5 to find out if you must file Form 8582. Real estate professionals must complete line 43 on page 2 | 23 | ( ) | ( ) | ( ) | | |
| 24 Income. Add positive amounts shown on line 22. Do not include any losses | | | | | 24 | 4,373. |
| 25 Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25 | ( ) |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 41 on page 2 | | | | | 26 | 4,373. |

KBA  For Paperwork Reduction Act Notice, see Form 1040 instructions.                Schedule E (Form 1040) 2005

COPY ONLY DO NOT FILE

| SCHEDULE SE<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service (99) | Self-Employment Tax<br>▶ Attach to Form 1040.  ▶ See Instructions for Schedule SE (Form 1040). | OMB No. 1545-0074<br>2005<br>Attachment<br>Sequence No. 17 |
|---|---|---|

Name of person with **self-employment** income (as shown on Form 1040)
STEVEN D ABRON

Social security number of person with **self-employment** income ▶

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more **or**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see page SE-1).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE (see page SE-3).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 58.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



Section A - Short Schedule SE. **Caution.** Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | 1 | 0. |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report | 2 | 14,814. |
| 3 | Combine lines 1 and 2 | 3 | 14,814. |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self-employment tax ▶ | 4 | 13,681. |
| 5 | **Self-employment tax.** If the amount on line 4 is:<br>• $90,000 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 58.**<br>• More than $90,000, multiply line 4 by 2.9% (.029). Then, add $11,160.00 to the result. Enter the total here and on **Form 1040, line 58.** | 5 | 2,093. |
| 6 | Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** | 6 | 1,047. |

KBA  For Paperwork Reduction Act Notice, see Form 1040 instructions.                          Schedule SE (Form 1040) 2005

**Illinois Department of Revenue**
# 2005 Form IL-1040
tax.illinios.gov  Individual Income Tax Return   or for fiscal year ending _____ /06

Do not write above this line.

## Step 1: Personal information



STEVEN D ABRON
GLORIA J ABRON

246 HOLTON
GALESBURG IL 61401

**C** Filing status (see instructions)
☐ Single or head of household  ☒ Married filing jointly  ☐ Married filing separately  ☐ Widowed

**D** Check if you were a member of a professional athletic team during 2005 ☐

## Step 2: Income

1. Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21;
   U.S. 1040EZ, Line 4 ......................................................... 1  30,057.00
2. Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b;
   or U.S. 1040EZ ............................................................... 2  _____
3. Other additions to your income. **Attach** Schedule M. ..................... 3  _____
4. Add Lines 1 through 3. This is your total income. ........................ 4  30,057.00

## Step 3: Base Income

5. Income received from Social Security benefits and certain retirement plans
   if included in Step 2, Line 1. **Attach** federal page 1.  5 _____
6. Military pay earned if included in Step 2, Line 1. **Attach** military W-2.  6 _____
7. Illinois Income Tax overpayment included in U.S. 1040, Line 10.  7 _____
8. U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency
   interest from U.S. 1040, Schedule B, or U.S. 1040A, Schedule 1.  8 _____
9. Other subtractions to your income. **Attach** Schedule M.  9 _____
   Check if Line 9 includes any amount from Schedule 1299-C ☐
10. Add Lines 5 through 9. This is the total of your subtractions. ........... 10  _____
11. Subtract Line 10 from Line 4. This is your Illinois **base income**. .... 11  30,057.00

## Step 4: Exemptions

12. **a** Number of exemptions from your federal return  [3] X $2,000  **a**  6,000.00
    **b** If someone else claimed you or your spouse as a dependent on their
    return, see instructions to figure the number to write here.  [ ] X $2,000  **b** _____
    **c** Check if 65 or older: ☐ You + ☐ Spouse = [ ] X $1,000  **c** _____
    **d** Check if legally blind: ☐ You + ☐ Spouse = [ ] X $1,000  **d** _____
    Add Lines a through d. This is your total Illinois exemption allowance.  12  6,000.00

## Step 5: Net income

13. **Residents only**: Subtract Line 12 from Line 11. This is your net income. Skip Line 14.  13  24,057.00
14. **Nonresidents and part-year residents only**:
    Check the box that applies to you during the year 2005.  ☐ Nonresident  ☐ Part-year resident
    Illinois base income from Schedule NR. **Attach** Schedule NR.  14 _____

## Step 6: Tax

15. **Residents**: Multiply Line 13 by 3% (.03). Write the result here. This is your **tax**.
    **Nonresidents and part-year residents**: Write the tax from Schedule NR.
    This amount may not be less than zero.  15  722.00

IL-1040 page 1 (R-12/05)
3018

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0065

STEVEN D & GLORIA J ABRON

| | | | |
|---|---|---|---|
| 16 | Tax amount from Page 1, Step 6, Line 15 | 16 | 722.00 |

**Step 7: Payments and Credits**

| | | | |
|---|---|---|---|
| 17 | Illinois Income Tax withheld. **Attach W-2 and 1099 forms.** | 17 | 381.00 |
| 18 | Estimated payments from Forms IL-505-I and IL-1040-ES, includiing overpayment applied from 2004 return | 18 | |
| 19 | Income tax paid to another state while an Illinois resident. **Attach** Schedule CR and other states' returns. | 19 | |
| 20 | Illinois Property Tax credit. **Complete the PT Worksheet in instructions.** | | |
| | PT Worksheet Line 3 amount     20a     427.00 | | |
| | PT Worksheet Line 8 amount | 20b | 21.00 |
| 21 | K-12 Education expense credit. **Complete ED Worksheet in instructions, or Schedule ED. Attach receipt or Schedule ED.** | | |
| | ED Worksheet or Sch ED Line 1 amount     21a | | |
| | ED Worksheet or Sch ED Line 10 amount | 21b | |
| 22 | Earned Income Credit. **Complete EIC Worksheet in instructions.** | | |
| | EIC Worksheet Line 1 amount     22a | | |
| | EIC credit amount from the EIC Worksheet | 22b | |
| | Check if you have a qualifying child (living with you) born after 12/31/87. ☐ | | |
| 23 | Income tax credit amount from Schedule 1299-C. **Attach** Schedule 1299-C. | 23 | |
| 24 | Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is the total of your payments and credits. | 24 | 402.00 |

Nonresidents may not claim a credit on Lines 19, 20, or 21.

The total of Lines 19, 20b, and 21b may not exceed the tax amount on Line 16.

**Step 8: Overpayment or Tax Due**

| | | | |
|---|---|---|---|
| 25 | If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your **overpayment**. | 25 | |
| 26 | If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your **tax due**. | 26 | 320.00 |

**Step 9: Penalty**

| | | | |
|---|---|---|---|
| 27 | Late-payment penalty for underpayment of estimated tax | 27 | |
| | a Check if you annualized your income on Form IL-2210, Step 6, or if you are 65 or older and permanently living in a nursing home. **Attach** Form IL-2210. ☐ | | |
| | b Check if at least two-thirds of your federal gross income is from farming ☐ | | |

**Step 10: Donations** *Any donation will reduce your refund or increase the amount you owe*

28 Amount you wish to donate to one or more of the following voluntary contribution funds

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Wildlife | a | Military Family | g | Sarcoidosis | m | | |
| Child Abuse | b | Lou Gehrig's | h | Autism | n | | |
| Alzheimer's | c | Illinois Veterans' Home | i | Blindness | o | | |
| Homeless | d | Epilepsy | j | Pet Population | p | | |
| Breast Cancer | e | Diabetes | k | Brain Tumor | q | | |
| Multiple Sclerosis | f | Colon Cancer | l | | | | |

Add Lines a through q. This is your donation total.     28

| | | | |
|---|---|---|---|
| 29 | Add Line 27 and Line 28. This is your total penalty and donations. | 29 | 0.00 |

**Step 11: Refund or Amount You Owe**

| | | | |
|---|---|---|---|
| 30 | If you have an overpayment on Line 25 and this amount is greater than Line 29, subtract Line 29 from Line 25. | 30 | |
| 31 | **Amount from Line 30 that you want applied to 2006 estimated tax** | 31 | |
| 32 | Subtract Line 31 from Line 30. This is your **refund**. | 32 | |
| 33 | Complete to direct deposit your refund | | |
| | Routing number _____ ☐ Checking or ☐ Savings | | |
| | Account number _____ | | |
| 34 | If you have tax due on Line 26, add Lines 26 and 29. **or** If you have an overpayment on Line 25 and this amount is less than Line 29, subtract Line 25 from Line 29. This is the **amount you owe**. | 34 | 320.00 |

Direct Deposit     See instructions for payment options

**Step 12: Sign and Date**

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

| For Information Only | | (309) 343-1884 | For Information Only | |
|---|---|---|---|---|
| Your signature | Date | Daytime phone number | Your spouse's signature | Date |
| | 04/11/06 | (309) 343-8414 | 37-1249738 | |
| Paid preparer's signature | Date | Preparer's phone number | Preparer's FEIN, SSN, or PTIN | |

If no payment enclosed,    ILLINOIS DEPARTMENT OF REVENUE       If payment enclosed,    ILLINOIS DEPARTMENT OF REVENUE
mail to:    SPRINGFIELD IL 62719-0001                               mail to:    SPRINGFIELD IL 62726-0001

IL-1040 page 2 (R-12/05)    DR ___   AP ___   CA   ME   NS   PR   RR   RV   WA   WV   ZZ   ID ___

## Misc. Bills

| | |
|---|---|
| PAID | Amoco (gas card) |
| $300.00 Month Ave. | Ameren (Utilities-Power bill) |
| $600.00 month | America's Servicing Co. (House Mortgage) |
| $250 month | Bergner's (charge card) |
| $19.00 month | Cable tv (Insight Communications) |
| PAID | ~~Captiol~~ One (charge card) |
| PAID | Commercial Business (past-due medical only if not paid) |
| 50.00 month | City of Galesburg (water/trash collection) |
| $150.00 month | Internal Revenue (U.S. Treasury—Federal taxes/installments) |
| $1,000.00 saving | Galesburg Midwest Credit Union (shop savings/checking account) |
| $99.00 month | Gallatin River Communications (phone bills/internet service) |
| 500.00 saving | Heritage Credit Union (savings/checking no checks—just debit card-- ------online banking) |
| 383.00 month 20 of New | License plates/stickers – 2001 Dodge Neon, 1989 Ford Aerostar, 1993 Oldsmobile Cutlass 2000 Mercury – not driving any 10/3/06   Sold 8/06 |

Mutual Medical (Health insurance Dist. 205) Staci's coverage ended upon her graduation from college---she has temporary policy through university job for summer  until January 2007 / Staci future position in Georgia 10/06

Dept. of Services for Specialized Care—Health Insurance for Staci ended on 8-14-05

F & M Bank (checkbook, debit card, automatic deductions for misc. bills-----online banking) CSII--$54/Sears--$60/Met. Life $36/Met. Life $34.50/State Farm --~~$250~~/Profession Accts./Cottage $187
$200

Page 2

52.00 month — Metropolitan Life Insurance Co.----
--Life insurance—automatic deduction----Steve, Gloria, Staci---- from F & M Bank)

60.00 month — Sears—(charge acct.---automatic deduction from F & M Bank)

190.00 month — State Farm Insurance—Automatic deduction from F & M Bank
Business Income---and Property (Shop) (Disability—Steve)
Neon/Ford/Olds/ /Homeowner's (House)

$150.00 month — Direct Loans---Student Loan for Staci at University of Illinois

Wills----(See Black file cabinet for safety box)

25.00 month — Household Bank ---(charge card)

Misc. Doctors
_Dr. Baumgardner_
_Dr. Renfro_
_Galesburg Clinic_

$100.00 month

Property Taxes----------House in Escrow with America's Servicing Co.
                        Shop must be paid separately

H & R Block--------Tax preparers yearly

Galesburg Register Mail —
Magazine subscriptions —
My credit report — automatic deduction - see folder