FILED E-FILED
Thursday, 02 November, 2006  10:40:14 AM
Clerk, U.S. District Court, ILCD

NOV 2 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NO. 06-1157
NOV 1 2006

Motion for more time to complete financial statement for Appointment of counsel

Dear Mr John M. Waters,
  Clerk US District Court

Judge Gorman order of sept. 27 2006 we are required to submit a joint discovery plan to the court by November 3 2006. Mr Thomas Klein and I proposed a sheduling plan.
  Under his agreement he support my motion for more time to appoint counsel to represent me in this proceeding.
  Oct 23 2006, motion for appointment of counsel was filed.

STEVE ABRON

Copy sent to:
Thomas H Klein