E-FILED
Monday, 06 November, 2006  09:17:50 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| STEVEN ABRON, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-1157 |
| STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, HENRY HILL CORRECTIONAL CENTER, and DON HULICK, Warden, individually, BILL SMITH, Business Administrator, individually, and FRANK SHAW, Assistant Warden, individually, and in their official capacity, | ) |
| Defendants. | ) |

## PROPOSED SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a scheduling conference was held on November 7, 2006, with attorney Thomas Klein and Pro Se Plaintiff Steven Abron.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1. Initial disclosures under Rule 26 to be made by January 31, 2007.

2. No motions to join other parties or to amend the pleadings to be filed after January 31, 2007.

3. All Plaintiffs are to identify testifying experts and to provide Rule 26 expert reports by April 30, 2007. All Defendants are to identify testifying experts and to provide Rule 26 expert reports by May 30, 2007.

4. The parties have until August 31, 2007, to complete fact discovery. Any written discovery served subsequent to the date of this Order to be served by a date that

allows the served party the full 30 days provided by the Federal rules of Civil Procedure in which to comply. The parties have until August 31, 2007, to complete expert discovery.

     5.    The parties have until October 19, 2007, to file dispositive motions. No dispositive motions filed after that date will be considered by the Court.

ENTERED _____

_____
       John A. Gorman
UNITED STATES MAGISTRATE JUDGE

  s/ Thomas Klein
Thomas Klein, Assistant Attorney General,
Attorney for Defendants

  s/ Steve Abron (w/ consent)
Steven Abron, Pro Se Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 6, 2006, I electronically filed the foregoing Proposed Scheduling Order with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    None

and I hereby certify that on November 6, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

    Steve Abron
    246 Holton Street
    Galesburg, IL 61401

                                        Respectfully submitted,

                                        s/ Thomas H. Klein
                                        THOMAS H. KLEIN, #6271653
                                        Assistant Attorney General
                                        500 South Second Street
                                        Springfield, IL  62706
                                        Telephone:  (217) 782-9014
                                        Facsimile:  (217) 524-5091
                                        tklein@atg.state.il.us