# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| Steve Abron | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 06-1157 |
| | ) | |
| State of Illinois, Department of | ) | |
| Corrections, Henry Hill Correctional | ) | |
| Center and Don Hulick, Warden, | ) | |
| Individually, Bill Smith, Business | ) | |
| Administrator, individually, and | ) | |
| Frank Shaw, Assistant Warden, | ) | |
| Individually and in their official capacity | ) | |

## ENTRY OF APPEARANCE

NOW COMES John R. Rehn and enters his appearance on behalf of plaintiff, Steve Abron in the above matter.

Respectfully submitted,

s/ John Rehn
John R. Rehn

John R. Rehn
ARDC#06230108
Attorney at Law
311 E. Main Street, Suite 412
Galesburg, Illinois 61401
Phone: 309-342-4200
Fax:    309-241-2462

**PROOF OF SERVICE**

    The undersigned certifies that a copy of the Certificate of Interest was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System which will send notification to Thomas H. Klein, Assistant Attorney General, 500 S. Second Street, Springfield, Illinois 62706 this 30th day of November 2006.

                                            s/ John Rehn
                                            John R. Rehn

John R. Rehn
ARDC# 06230108
Attorney at Law
311 E. Main St., Suite 412
Galesburg, Illinois 61401
Phone: 309-342-4200