# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| Steve Abron | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 06-1157 |
| | ) | |
| State of Illinois, Department of | ) | |
| Corrections, Henry Hill Correctional | ) | |
| Center and Don Hulick, Warden, | ) | |
| Individually, Bill Smith, Business | ) | |
| Administrator, individually, and | ) | |
| Frank Shaw, Assistant Warden, | ) | |
| Individually and in their official capacity | ) | |

## CERTIFICATE OF INTEREST

The undersigned counsel of record for Steve Abron, plaintiff, furnishes the following in compliance with Rule 11.3 of this court.  The undersigned attorney is representing Steve Abron.  At present, John Rehn is the only attorney and/or law firm who is expected to appear for the plaintiff in this case.

Dated:  November 30, 2006

                                                                                      s/ John Rehn
                                                                                      John Rehn, Attorney for Steve Abron

John R. Rehn
ARDC #6230108
Attorney at Law
311 E. Main Street, Suite 412
Galesburg, Illinois 61401
Phone: 309-342-4200

**PROOF OF SERVICE**

      The undersigned certifies that a copy of the Certificate of Interest was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System which will send notification to Thomas H. Klein, Assistant Attorney General, 500 S. Second Street, Springfield, Illinois 62706 this 30th day of November 2006.

                                              s/ John Rehn
                                              John R. Rehn

John R. Rehn
ARDC# 06230108
Attorney at Law
311 E. Main St., Suite 412
Galesburg, Illinois 61401
Phone: 309-342-4200