IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Steve Abron ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 06-1157 |
| ) | |
| State of Illinois, Department of ) | |
| Corrections, Henry Hill Correctional ) | |
| Center and Don Hulick, Warden, ) | |
| Individually, Bill Smith, Business ) | |
| Administrator, individually, and ) | |
| Frank Shaw, Assistant Warden, ) | |
| Individually and in their official capacity ) | |
| ) | |
| Defendants ) | |

**ANSWER TO THE ILLINOIS DEPARTMENT OF
CORRECTIONS AFFIRMATIVE DEFENSES**

NOW COMES the plaintiff, Steve Abron, by and through his attorney, John Rehn, and provides the following answer to the affirmative defenses of the Illinois Department of Corrections.

1.  Denies.

2.  Denies.

WHEREFORE the plaintiff asks the court to dismiss and deny the affirmative defenses of the defendant.

Respectfully submitted,

s/John Rehn
John Rehn

## PROOF OF SERVICE

      The undersigned certifies that a copy of the Answer to The Illinois Department of Corrections Affirmative Defenses was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System which will send notification to Thomas H. Klein, Assistant Attorney General, 500 S. Second Street, Springfield, Illinois 62706 this 29th day of December 2006.

                                          s/ John Rehn
                                          John R. Rehn

John R. Rehn
ARDC# 06230108
Attorney at Law
311 E. Main St., Suite 412
Galesburg, Illinois 61401
Phone: 309-342-4200