IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| Steve Abron | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 06-1157 |
| | ) | |
| State of Illinois, Department of | ) | |
| Corrections, Henry Hill Correctional | ) | |
| Center and Don Hulick, Warden, | ) | |
| Individually, Bill Smith, Business | ) | |
| Administrator, individually, and | ) | |
| Frank Shaw, Assistant Warden, | ) | |
| Individually and in their official capacity | ) | |
| | ) | |
| Defendants | ) | |

## AMENDED NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

I hereby certify that on January 31, 2007, I electronically filed this Notice of Service of Discovery Documents with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Thomas Klein
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706

And I hereby certify that on January 31, 2007, I mailed a true copy of

1)   Steve Abron's Rule 26(a)(1) Disclosures

along with a copy of this Notice.

s/John R. Rehn
John R. Rehn

John R. Rehn
Attorney at Law.
ARDC#06230108
311 E. Main St., Suite 412
Galesburg, Illinois 61401
Phone: 309-342-4200