IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| Steve Abron | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 06-1157 |
| | ) | |
| State of Illinois, Department of Corrections, Henry Hill Correctional Center and Don Hulick, Warden, Individually, Bill Smith, Business Administrator, individually, and Frank Shaw, Assistant Warden, Individually and in their official capacity | ) | |
| | ) | |
| Defendants | ) | |

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

I hereby certify that on February 28, 2007, I electronically filed this Notice of Service of Discovery Documents with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Thomas Klein
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706

And I hereby certify that on February 28, 2007, I mailed a true copy of

    1)    Steve Abron's Interrogatories to Defendant
    2)    Steve Abron's Request to Produce Documents to Defendant

along with a copy of this Notice.

                                                  s/John R. Rehn
                                                  John R. Rehn

John R. Rehn
Attorney at Law.
ARDC#06230108
311 E. Main St., Suite 412
Galesburg, Illinois 61401
Phone: 309-342-4200