IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| STEVEN ABRON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-1157 |
| ) | |
| STATE OF ILLINOIS, DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

NOW COMES Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and respectfully requests that this Honorable Court grant it an enlargement of time in which to respond to Plaintiff's First Requests for Production of Documents and First Set of Interrogatories. In support of this motion, Defendant states as follows:

1. Defendant's responses to Plaintiff's First Requests for Production of Documents and First Set of Interrogatories are due on March 30, 2007.

2. The undersigned is in need of additional time to confer with representatives of Defendant and gather information responsive to Plaintiff's First Requests for Production of Documents and First Set of Interrogatories.

3. The undersigned requests additional time, up to and including April 13, 2007, in order to respond to Plaintiff's First Requests for Production of Documents and First Set of Interrogatories.

4. The undersigned has conferred with counsel for Plaintiff and he has no objection to this request for an enlargement of time.

5. This motion is not made for the purposes of undue delay but is made in good faith.

WHEREFORE, Defendant respectfully requests that this Honorable Court grant it until April 13, 2007, to respond to Plaintiff's First Requests for Production of Documents and First Set of Interrogatories.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

By:  s/ Thomas H. Klein
THOMAS H. KLEIN, #6271653
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-9014
Facsimile:  (217) 524-5091
tklein@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on March 30, 2007, I electronically filed the foregoing Motion for Enlargement of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    John Rehn
    john@johnrehn.com

and I hereby certify that on March 30, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

    None.

                            Respectfully submitted,

                            s/ Thomas H. Klein
                            THOMAS H. KLEIN, #6271653
                            Assistant Attorney General
                            500 South Second Street
                            Springfield, IL  62706
                            Telephone:  (217) 782-9014
                            Facsimile:  (217) 524-5091
                            tklein@atg.state.il.us