IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| STEVEN ABRON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 06-1157 |
| STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, | ) ) ) ) |
| Defendant. | ) ) |

## MOTION FOR ENLARGEMENT OF TIME

NOW COMES Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and respectfully requests that this Honorable Court grant it an enlargement of time in which to respond to Plaintiff's First Requests for Production of Documents and First Set of Interrogatories. In support of this motion, Defendant states as follows:

1. Defendant's responses to Plaintiff's First Requests for Production of Documents and First Set of Interrogatories were originally due on March 30, 2007.

2. Defendant filed a Motion for Enlargement of Time on March 30, 2007, requesting an enlargement to April 13, 2007, to respond to Plaintiff's discovery requests.

3. The Department of Corrections representative responsible for providing the information responsive to the discovery requests to the undersigned was involved in a car accident, and has been off work.

4. The undersigned is in need of additional time to confer with the representative of Defendant and gather information responsive to Plaintiff's First Requests for Production of Documents and First Set of Interrogatories.

5. The undersigned requests additional time, up to and including April 27, 2007, in order to respond to Plaintiff's First Requests for Production of Documents and First Set of Interrogatories.

6. The undersigned has conferred with counsel for Plaintiff and he has no objection to this request for an enlargement of time.

7. This motion is not made for the purposes of undue delay but is made in good faith.

WHEREFORE, Defendant respectfully requests that this Honorable Court grant it until April 27, 2007, to respond to Plaintiff's First Requests for Production of Documents and First Set of Interrogatories.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

By: s/ Thomas H. Klein
THOMAS H. KLEIN, #6271653
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-9014
Facsimile:  (217) 524-5091
tklein@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on April 13, 2007, I electronically filed the foregoing Motion for Enlargement of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    John Rehn
    john@johnrehn.com

and I hereby certify that on April 13, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

    None.

                Respectfully submitted,

                s/ Thomas H. Klein
                THOMAS H. KLEIN, #6271653
                Assistant Attorney General
                500 South Second Street
                Springfield, IL  62706
                Telephone:  (217) 782-9014
                Facsimile:  (217) 524-5091
                tklein@atg.state.il.us