# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| Steve Abron ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 06-1157 |
| ) | |
| State of Illinois, Department of ) | |
| Corrections, Henry Hill Correctional ) | |
| Center and Don Hulick, Warden, ) | |
| Individually, Bill Smith, Business ) | |
| Administrator, individually, and ) | |
| Frank Shaw, Assistant Warden, ) | |
| Individually and in their official capacity ) | |

## AMENDED NOTICE OF DEPOSITION
## OF FRANK SHAW
## PURSUANT TO FED. R. CIV. P. 30(b)(6)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure ("Rule 30(b)(6)"), plaintiffs' counsel will take the deposition of defendant, Frank Shaw, upon oral examination on the matters listed below before an Circuit Wide Reporting, an officer duly authorized to administer oaths. The deposition will take place at Henry Hill Correctional Facility, 600 S. Linwood Road, Galesburg, Illinois 61401, commencing at 1:00 p.m. on May 24, 2007 and continue until completed.

Opposing counsel is invited to attend and cross examine. All or part of such deposition may be offered into evidence in this action.

Dated this 1st day of May 2007.

                                              Respectfully submitted,

                                              s/John Rehn
                                              John Rehn

John Rehn
ARDC #06230108
Attorney at Law
311 E. Main Street
Suite 311
Galesburg, Illinois 61401
Phone: 309-342-4200
Fax:    309-341-2462

## CERTIFICATE OF SERVICE

      I hereby certify that on May 1, 2007 an Amended Notice of Deposition was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Thomas Klein
Assistant Attorney General
500 S. Second Street
Springfield, Illinois 62706

                                                     s/John R. Rehn
                                                     John R. Rehn

John R. Rehn
Attorney at Law.
ARDC#06230108
311 E. Main St., Suite 412
Galesburg, Illinois 61401
Phone: 309-342-4200