**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| Steven Abron | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 06-1157 |
| | ) | |
| State of Illinois, Department of | ) | |
| Corrections, Henry Hill Correctional | ) | |
| Center and Don Hulick, Warden, | ) | |
| Individually, Bill Smith, Business | ) | |
| Administrator, individually, and | ) | |
| Frank Shaw, Assistant Warden, | ) | |
| Individually and in their official capacity | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

     I hereby certify that on August 3, 2007, I electronically filed this Notice of Service of Discovery Documents with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Thomas Klein
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706

And I hereby certify that on August 3, 2007, I mailed a true copy of

    1)    Steve Abron's Second Set of Interrogatories Directed to Defendant
    2)    Steve Abron's Second Request to Produce Documents to Defendant

along with a copy of this Notice.

                                              s/John R. Rehn
                                              John R. Rehn

REHN & SKINNER LLC
Attorneys at Law.
ARDC#06230108
5 E. Simmons St.
Galesburg, Illinois 61401
Phone: 309-343-3600