# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| Steve Abron ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 06-1157 |
| ) | |
| State of Illinois, Department of ) | |
| Corrections, Henry Hill Correctional ) | |
| Center and Don Hulick, Warden, ) | |
| Individually, Bill Smith, Business ) | |
| Administrator, individually, and ) | |
| Frank Shaw, Assistant Warden, ) | |
| Individually and in their official capacity ) | |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that effective July 1, 2007, the Law Office of John Rehn will become Rehn & Skinner, LLC.  Our new address is **5 E. Simmons St., Galesburg, IL 61401**.

The new telephone number is **309 343-3600.**   The facsimile number is 309-343-9966.

Respectfully submitted,

REHN & SKINNER, LLC

By: s/John Rehn
John Rehn


**REHN & SKINNER, LLC**
**ARDC #06230108**
**5 EAST SIMMONS STREET**
**GALESBURG, IL  61401**
**(309) 343-3600      (Phone)**
**(309) 343-9966      (Fax)**

PROOF OF SERVICE

    The undersigned certifies that a copy of the Notice of Change of Address was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System which will send notification to Thomas H. Klein, Assistant Attorney General, 500 S. Second Street, Springfield, Illinois 62706 this 16th day of August 2007.

        s/ John Rehn
        John R. Rehn

**REHN & SKINNER, LLC.**
**JOHN REHN**
**ARDC# 06230108**
**5 EAST SIMMONS STREET**
**GALESBURG, IL  61401**
**(309) 343-3600 (Phone)**
**(309) 343-9966 (Fax)**