# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| Steve Abron ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 06-1157 |
| ) | |
| State of Illinois, Department of ) | |
| Corrections, Henry Hill Correctional ) | |
| Center and Don Hulick, Warden, ) | |
| Individually, Bill Smith, Business ) | |
| Administrator, individually, and ) | |
| Frank Shaw, Assistant Warden, ) | |
| Individually and in their official capacity ) | |

## NOTICE OF DEPOSITION
## OF TERRY POLK
## PURSUANT TO FED. R. CIV. P. 30(b)(6)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure ("Rule 30(b)(6)"), plaintiffs' counsel will take the deposition of Terry Polk upon oral examination on the matters listed below before Circuit Wide Reporting, an officer duly authorized to administer oaths. The deposition will take place at 3000 Montvale Dr., Springfield, Illinois 62704 , commencing at 1:00 p.m. on September 12, 2007 and continue until completed.

Opposing counsel is invited to attend and cross examine. All or part of such deposition may be offered into evidence in this action.

Dated this 22nd day of August 2007.

Respectfully submitted,

s/John Rehn
John Rehn

REHN & SKINNER LLC
ARDC #06230108
Attorneys at Law
5 E. Simmons St.
Galesburg, Illinois 61401
Phone: 309-343-3600
Fax:    309-343-9966

## CERTIFICATE OF SERVICE

      I hereby certify that on August 22, 2007 a Notice of Deposition was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Thomas Klein
Assistant Attorney General
500 S. Second Street
Springfield, Illinois 62706

                              s/John R. Rehn
                               John R. Rehn

REHN & SKINNER LLC
ARDC #06230108
Attorneys at Law
5 E. Simmons St.
Galesburg, Illinois 61401
Phone: 309-343-3600
Fax:   309-343-9966