E-FILED
Friday, 19 October, 2007  11:19:16 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| STEVEN ABRON, | ) |
|   | ) |
| Plaintiff, | ) |
|   | ) |
| v. | ) No. 06-1157 |
|   | ) |
| STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, | ) ) |
|   | ) |
| Defendant. | ) |

**MOTION FOR SUMMARY JUDGMENT**

NOW COMES Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS[1], by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and for its Motion for Summary Judgment states as follows:

1. Plaintiff, an African-American male, filed a Complaint against the Illinois Department of Corrections ("Department") alleging that it violated Title VII by failing to hire him for a barber position at the Henry Hill Correctional Facility because of his race.

2. The Department is entitled to summary judgment as a matter of law because no reasonable trier of fact could find in favor of the Plaintiff based on the evidence in the record.

3. As set forth more fully in Defendant's Memorandum of Law in support of this motion, Defendant hired Larry Thompson, a white male, because he scored highest in the Rutan interview process. Plaintiff was not hired because he did not score the highest.

---

[1]The remaining defendants were dismissed from this lawsuit January 23, 2007.

4.   Based on the evidence of record, no reasonable trier of fact could conclude that race played a role in the decision to hire Larry Thompson and not Plaintiff.

5.   Based on the evidence of record, no reasonable trier of fact could conclude that the Department's legitimate, nondiscriminatory explanation for its decision to hire Larry Thompson and not Plaintiff, that Larry Thompson has scored highest on his interview, was pretextual.

6.   A memorandum of law is being filed simultaneously in support of this Motion for Summary Judgment.

WHEREFORE, Defendant, Illinois Department of Corrections, respectfully requests that summary judgment be entered in its favor.

> Respectfully submitted,
>
> ILLINOIS DEPARTMENT OF CORRECTIONS,,
>
> > Defendant,
>
> LISA MADIGAN, Attorney General,
> State of Illinois,
>
> > Attorney for Defendant,

Thomas H. Klein, #6271653
Assistant Attorney General
500 South Second Street            By:   s/ Thomas H. Klein
Springfield, Illinois 62706              THOMAS H. KLEIN
(217) 782-9014                           Assistant Attorney General

Of Counsel.

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 19, 2007, I electronically filed the foregoing Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

  John Rehn
  john@johnrehn.com

and I hereby certify that on October 19, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

  None.

          Respectfully submitted,

          s/ Thomas H. Klein
          THOMAS H. KLEIN, #6271653
          Assistant Attorney General
          500 South Second Street
          Springfield, IL  62706
          Telephone:  (217) 782-9014
          Facsimile:  (217) 524-5091
          tklein@atg.state.il.us