MAY-21-2007 16:47   STATEVILLE LEGAL SERVICES   P.14/40

Monday, 26 November, 2007 09:07:52 AM
Clerk, U.S. District Court, ILCD

E-FILED

# CANDIDATE EVALUATION FORM

**Date:** 12/21/04

| Candidate Name: Samuel Schaumleffel | Soc. Sec. No. ███ |
|---|---|
| Agency: DEPARTMENT OF CORRECTIONS | Division or Institution: Hill Correctional Center |
| Position Title: Barber | Position Number: 04250-29-98-280-00-01 | Pin # 0104 |

*In using the Candidate Evaluation Form: (a) Prior to the interview, complete the "Hiring Criteria" and "% Weight" sections of the form; (b) Following the interview, use the "Comments" space to indicate experience or qualifications the candidate possesses related to each hiring criteria; (c) Average the "Points" from the interview questionnaire for each hiring criteria or indicate a numerical "Rating" for each hiring criteria; (d) Calculate the "Weighted Score" for each hiring criteria by multiplying the "% Weight" by the Points/Rating"; and (e) Calculate the "Overall Score by summing the "Weighted Scores" for each of the hiring criteria.

| HIRING CRITERIA | COMMENTS | PERCENT WEIGHT | PTS / RTG | WTD SCORE |
|---|---|---|---|---|
| **EDUCATION, TRAINING AND SKILLS:** Requires possession of a valid Illinois License as a barber. Requires training necessary to qualify as a barber, and the skills necessary to maintain and supervise barber facility and staff. Requires elementary knowledge of first aid. | Completed the requirements for this position. | 30% | 3.3 | .99 |
| **JOB KNOWLEDGE AND EXPERIENCE:** Requires experience necessary to qualify as a journeyman barber. Requires working knowledge of barbering techniques, methods, practices and the operation, maintenance and sterilization of barber shop tools and equipment. | Maintains excellent knowledge regarding barbering skills and corrections experience. | 30% | 2.5 | .75 |
| **INTERPERSONAL RELATIONS:** Must be capable of supervising and instructing inmate workers in performing various barbering services. | Demonstrates good instruction for supervising inmates. | 25% | 2.6 | .65 |
| **WORK HISTORY:** Requires work history related to the total operation of a barbering facility, the safekeeping of barbering tools and the ability to perform all tasks usually associated with journeyman barbers. | Has demonstrated work history to complete the required duties. | 15% | 2.5 | .37 |

**EXHIBIT EE**

(05/20/07) : 00317

MAY-21-2007 16:48  STATEVILLE LEGAL SERVICES                    P.15/40

| HIRING CRITERIA | COMMENTS | PERCENT WEIGHT | PTS / RTG | WTD SCORE |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**AFFIDAVIT:** "I certify that the hiring criteria and interview questions related to this employment decision were developed prior to initiating the candidate interview process. Furthermore, I certify that political party affiliation, support or lack thereof were not discussed or considered at any point in the interview process."

| Interviewing Officer(s) (Typed): Frank Shaw, Assistant Warden of Operations William Smith, Business Administrator II | | | |
|---|---|---|---|
| | | OVERALL SCORE: | 2.76 |
| Interviewing Officer(s) Signature(s): s/IDOC personnel | Title(s): Assistant Warden of Operations Business Administrator II | Date: 12/22/04 | |

DC 5653 (8/95)                                                    Page 2 of 2

(05/20/07)   :00318

MAY-21-2007 15:56        STATEVILLE LEGAL SERVICES

# CANDIDATE EVALUATION FORM

Date: 12/21/04

Candidate Name: Loren Conard

Soc. Sec. No. ▬▬▬

Agency: DEPARTMENT OF CORRECTIONS

Division or Institution: Hill Correctional Center

Position Number: 04250-29-98-280-00-01    Pin # 0104

Position Title: Barber

*In using the Candidate Evaluation Form: (a) Prior to the interview, complete the "Hiring Criteria" and "% Weight" sections of the form; (b) Following the Interview, use the "Comments" space to indicate experience or qualifications the candidate possesses related to each hiring criteria; (c) Average the "Points" from the interview questionnaire for each hiring criteria or indicate a numerical "Rating" for each hiring criteria; (d) Calculate the "Weighted Score" for each hiring criteria by multiplying the "% Weight by the Points/Rating"; and (e) Calculate the "Overall Score by summing the "Weighted Scores" for each of the hiring criteria.

| HIRING CRITERIA | COMMENTS | PERCENT WEIGHT | PTS / RTG | WTD SCORE |
|---|---|---|---|---|
| EDUCATION, TRAINING AND SKILLS: Requires possession of a valid Illinois License as a barber. Requires training necessary to qualify as a barber, and the skills necessary to maintain and supervise barber facility and staff. Requires elementary knowledge of first aid. | Has the necessary education, training and skills required for this position. | 30% | 2.33 | .70 |
| JOB KNOWLEDGE AND EXPERIENCE: Requires experience necessary to qualify as a journeyman barber. Requires working knowledge of barbering techniques, methods, practices and the operation, maintenance and sterilization of barber shop tools and equipment. | Has average job knowledge and experience for this position. | 30% | 2.5 | .75 |
| INTERPERSONAL RELATIONS: Must be capable of supervising and instructing inmate workers in performing various barbering services. | Demonstrated average interpersonal relations. | 25% | 1.67 | .42 |
| WORK HISTORY: Requires work history related to the total operation of a barbering facility, the safekeeping of barbering tools and the ability to perform all tasks usually associated with journeyman barbers. | Has documented average work history for the barber's position. | 15% | 2.5 | .37 |

EXHIBIT
FF

(05/20/07)    : 00297

| HIRING CRITERIA | COMMENTS | PERCENT WEIGHT | PTS / RTG | WTD SCORE |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**AFFIDAVIT**: "I certify that the hiring criteria and interview questions related to this employment decision were developed prior to initiating the candidate interview process. Furthermore, I certify that political party affiliation, support or lack thereof were not discussed or considered at any point in the interview process."

Interviewing Officer(s) (Typed):
Frank Shaw, Assistant Warden of Operations
William Smith, Business Administrator II

**OVERALL SCORE:** 2.24

Interviewing Officer(s) Signature(s):
s/IDOC personnel

Title(s):
Assistant Warden of Operations
Business Administrator II

Date: 12/22/04

# CANDIDATE EVALUATION FORM

Date: 12/21/04

Candidate Name: John Dredge

Soc. Sec. No. ████

Agency: DEPARTMENT OF CORRECTIONS

Division or Institution: Hill Correctional Center

Position Title: Barber

Position Number: 04250-29-98-280-00-01

Pin # 0104

"In using the Candidate Evaluation Form: (a) Prior to the interview, complete the "Hiring Criteria" and "% Weight" sections of the form; (b) Following the interview, use the "Comments" space to indicate experience or qualifications the candidate possesses related to each hiring criteria; (c) Average the "Points" from the interview questionnaire for each hiring criteria or indicate a numerical "Rating" for each hiring criteria; (d) Calculate the "Weighted Score" for each hiring criteria by multiplying the "% Weight by the Points/Rating"; and (e) Calculate the "Overall Score by summing the "Weighted Scores" for each of the hiring criteria.

| HIRING CRITERIA | COMMENTS | PERCENT WEIGHT | PTS / RTG | WTD SCORE |
|---|---|---|---|---|
| EDUCATION, TRAINING AND SKILLS: Requires possession of a valid Illinois License as a barber. Requires training necessary to qualify as a barber, and the skills necessary to maintain and supervise barber facility and staff. Requires elementary knowledge of first aid. | Has the necessary education, training and skills for this position. | 30% | 2.3 | .7 |
| JOB KNOWLEDGE AND EXPERIENCE: Requires experience necessary to qualify as a journeyman barber. Requires working knowledge of barbering techniques, methods, practices and the operation, maintenance and sterilization of barber shop tools and equipment. | Has good job knowledge and experience for this position. | 30% | 3.0 | .9 |
| INTERPERSONAL RELATIONS: Must be capable of supervising and instructing inmate workers in performing various barbering services. | Demonstrated average interpersonal relations. | 25% | 1.3 | .32 |
| WORK HISTORY: Requires work history related to the total operation of a barbering facility, the safekeeping of barbering tools and the ability to perform all tasks usually associated with journeyman barbers. | Has documented work history necessary to complete the required duties of a barber. | 15% | 3.0 | .45 |

EXHIBIT
GG

(05/20/07)  :00281

MAY-21-2007 15:51      STATEVILLE LEGAL SERVICES

| HIRING CRITERIA | COMMENTS | PERCENT WEIGHT | PTS / RTG | WTD SCORE |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**AFFIDAVIT:** "I certify that the hiring criteria and interview questions related to this employment decision were developed prior to initiating the candidate interview process. Furthermore, I certify that political party affiliation, support or lack thereof were not discussed or considered at any point in the interview process."

| Interviewing Officer(s) (Typed):<br>Frank Shaw, Assistant Warden of Operations<br>William Smith, Business Administrator II | | | |
|---|---|---|---|
| | | **OVERALL SCORE:** | 2.37 |
| Interviewing Officer(s) Signature(s):<br><br>s/IDOC personnel | Title(s):<br>Assistant Warden of Operations<br>Business Administrator II | Date:<br>12/22/04 | |

(05/20/07)  : 00282

# CANDIDATE EVALUATION FORM

Date: 12/21/04

**Candidate Name:** Gaylen Elliott            **Soc. Sec. No.** [redacted]

**Agency:** DEPARTMENT OF CORRECTIONS     **Division or Institution:** Hill Correctional Center

**Position Title:** Barber        **Position Number:** 04250-29-98-280-00-01        **Pin #** 0104

"In using the Candidate Evaluation Form: (a) Prior to the interview, complete the "Hiring Criteria" and "% Weight" sections of the form; (b) Following the interview, use the "Comments" space to indicate experience or qualifications the candidate possesses related to each hiring criteria; (c) Average the "Points" from the interview questionnaire for each hiring criteria or indicate a numerical "Rating" for each hiring criteria; (d) Calculate the "Weighted Score" for each hiring criteria by multiplying the "% Weight by the Points/Rating"; and (e) Calculate the "Overall Score by summing the "Weighted Scores" for each of the hiring criteria.

| HIRING CRITERIA | COMMENTS | PERCENT WEIGHT | PTS / RTG | WTD SCORE |
|---|---|---|---|---|
| **EDUCATION, TRAINING AND SKILLS:** Requires possession of a valid Illinois License as a barber. Requires training necessary to qualify as a barber, and the skills necessary to maintain and supervise barber facility and staff. Requires elementary knowledge of first aid. | Has the necessary education, training and skills for this position. | 30% | 3.0 | .9 |
| **JOB KNOWLEDGE AND EXPERIENCE:** Requires experience necessary to qualify as a journeyman barber. Requires working knowledge of barbering techniques, methods, practices and the operation, maintenance and sterilization of barber shop tools and equipment. | Has the necessary job knowledge and experience for this position. Has corrections experience. | 30% | 3.0 | .9 |
| **INTERPERSONAL RELATIONS:** Must be capable of supervising and instructing inmate workers in performing various barbering services. | Has god interpersonal relations. | 25% | 1.67 | .42 |
| **WORK HISTORY:** Requires work history related to the total operation of a barbering facility, the safekeeping of barbering tools and the ability to perform all tasks usually associated with journeyman barbers. | Has documented work history necessary to complete the required duties of a barber. | 15% | 2.5 | .37 |

EXHIBIT
HH

DC 5653 (9/05)                                                                    Page 1 of 2

(05/20/07)   :00332

| HIRING CRITERIA | COMMENTS | PERCENT WEIGHT | PTS / RTG | WTD SCORE |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**AFFIDAVIT:** "I certify that the hiring criteria and interview questions related to this employment decision were developed prior to initiating the candidate interview process. Furthermore, I certify that political party affiliation, support or lack thereof were not discussed or considered at any point in the interview process."

Interviewing Officer(s) (Typed):
Frank Shaw, Assistant Warden of Operations
William Smith, Business Administrator II

**OVERALL SCORE:** 2.59

Interviewing Officer(s) Signature(s):

s/IDOC personnel

Title(s): Assistant Warden of Operations
Business Administrator II

Date: 12/22/04

MAY-21-2007  15:29          STATEVILLE LEGAL SERVICES                          P.16

# CANDIDATE EVALUATION FORM

Date: 12/21/04

Candidate Name: Brian Wilkinson        Soc. Sec. No.: [redacted]

Agency: DEPARTMENT OF CORRECTIONS     Division or Institution: Hill Correctional Center

Position Title: Barber     Position Number: 04250-29-98-280-00-01     Pin # 0104

*In using the Candidate Evaluation Form: (a) Prior to the interview, complete the "Hiring Criteria" and "% Weight" sections of the form; (b) Following the interview, use the "Comments" space to indicate experience or qualifications the candidate possesses related to each hiring criteria; (c) Average the "Points" from the interview questionnaire for each hiring criteria or indicate a numerical "Rating" for each hiring criteria; (d) Calculate the "Weighted Score" for each hiring criteria by multiplying the "% Weight by the Points/Rating"; and (e) Calculate the "Overall Score by summing the "Weighted Scores" for each of the hiring criteria.

| HIRING CRITERIA | COMMENTS | PERCENT WEIGHT | PTS / RTG | WTD SCORE |
|---|---|---|---|---|
| EDUCATION, TRAINING AND SKILLS: Requires possession of a valid Illinois License as a barber. Requires training necessary to qualify as a barber, and the skills necessary to maintain and supervise barber facility and staff. Requires elementary knowledge of first aid. | Has education, training and skills for this position. | 30% | 2.7 | .81 |
| JOB KNOWLEDGE AND EXPERIENCE: Requires experience necessary to qualify as a journeyman barber. Requires working knowledge of barbering techniques, methods, practices and the operation, maintenance and sterilization of barber shop tools and equipment. | Maintains necessary job knowledge and experience for this position. | 30% | 3.5 | 1.05 |
| INTERPERSONAL RELATIONS: Must be capable of supervising and instructing inmate workers in performing various barbering services. | Demonstrated good interpersonal relations with instructing inmates. | 25% | 2.0 | .5 |
| WORK HISTORY: Requires work history related to the total operation of a barbering facility, the safekeeping of barbering tools and the ability to perform all tasks usually associated with journeyman barbers. | Documented work history required for this position. | 15% | 2.0 | .30 |

EXHIBIT
II

(05/20/07)   :00246

| HIRING CRITERIA | COMMENTS | PERCENT WEIGHT | PTS / RTG | WTD SCORE |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**AFFIDAVIT:** "I certify that the hiring criteria and interview questions related to this employment decision were developed prior to initiating the candidate interview process. Furthermore, I certify that political party affiliation, support or lack thereof were not discussed or considered at any point in the interview process."

| Interviewing Officer(s) (Typed): Frank Shaw, Assistant Warden of Operations William Smith, Business Administrator II | | OVERALL SCORE: | 2.66 |
|---|---|---|---|
| Interviewing Officer(s) Signature(s): s/IDOC personnel | Title(s): Assistant Warden of Operations Business Administrator II | Date: 12/22/04 | |

# CANDIDATE EVALUATION FORM

Date: 12/21/04

Candidate Name: James Anderson

Soc. Sec. No. [redacted]

Agency: DEPARTMENT OF CORRECTIONS

Division or Institution: Hill Correctional Center

Position Title: Barber

Position Number: 04250-29-98-280-00-01

Pin # 0104

*In using the Candidate Evaluation Form: (a) Prior to the interview, complete the "Hiring Criteria" and "% Weight" sections of the form; (b) Following the interview, use the "Comments" space to indicate experience or qualifications the candidate possesses related to each hiring criteria; (c) Average the "Points" from the interview questionnaire for each hiring criteria or indicate a numerical "Rating" for each hiring criteria; (d) Calculate the "Weighted Score" for each hiring criteria by multiplying the "% Weight by the Points/Rating"; and (e) Calculate the "Overall Score by summing the "Weighted Scores" for each of the hiring criteria.

| HIRING CRITERIA | COMMENTS | PERCENT WEIGHT | PTS / RTG | WTD SCORE |
|---|---|---|---|---|
| EDUCATION, TRAINING AND SKILLS: Requires possession of a valid Illinois License as a barber. Requires training necessary to qualify as a barber, and the skills necessary to maintain and supervise barber facility and staff. Requires elementary knowledge of first aid. | Has the necessary education, training and skills for this position. | 30% | 2.3 | .69 |
| JOB KNOWLEDGE AND EXPERIENCE: Requires experience necessary to qualify as a journeyman barber. Requires working knowledge of barbering techniques, methods, practices and the operation, maintenance and sterilization of barber shop tools and equipment. | Has average job knowledge for this position. | 30% | 2.5 | .75 |
| INTERPERSONAL RELATIONS: Must be capable of supervising and instructing inmate workers in performing various barbering services. | Demonstrated good interpersonal relations | 25% | 2.0 | .5 |
| WORK HISTORY: Requires work history related to the total operation of a barbering facility, the safekeeping of barbering tools and the ability to perform all tasks usually associated with journeyman barbers. | Has documented work history necessary to compete the required duties of a barber | 15% | 3.0 | .45 |

EXHIBIT JJ

Page 1 of 2

(05/20/07)  :00265

| HIRING CRITERIA | COMMENTS | PERCENT WEIGHT | PTS / RTG | WTD SCORE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**AFFIDAVIT:** "I certify that the hiring criteria and interview questions related to this employment decision were developed prior to initiating the candidate interview process. Furthermore, I certify that political party affiliation, support or lack thereof were not discussed or considered at any point in the interview process."

| Interviewing Officer(s) (Typed): Frank Shaw, Assistant Warden of Operations William Smith, Business Administrator II | | | |
|---|---|---|---|
| Interviewing Officer(s) Signature(s): s/IDOC personnel | Title(s): Assistant Warden of Operations Business Administrator II | OVERALL SCORE: | 2.39 |
| | | Date: 12/22/04 | |