IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| STEVEN ABRON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 06-1157 |
| STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, | ) ) ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007, I electronically filed Exhibits re [46] Reply to Response to Motion [doc. 47] with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

John Rehn
john@johnrehn.com.

Mr. Rehn's office confirmed receipt of the exhibits [doc. 47] by telephone on November 27, 2007.

Respectfully submitted,

 s/ Thomas H. Klein
THOMAS H. KLEIN, #6271653
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-9014
Facsimile:  (217) 524-5091
tklein@atg.state.il.us