# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED
JAN 1 8 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Steve Abron

vs.

Case Number: 06-1157

State of Illinois Department of Corrections,
Henry Hill, Don Hulick, Bill Smith, and
Frank Shaw

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that by Order dated 1/23/07, Dfts Henry Hill, Don Hulick, Bill Smith and Frank Shaw were dismissed with prejudice from the case. IT IS FURTHER ORDERED that summary judgment is granted in favor of Defendant, Illinois Department of Corrections, and against Plaintiff.

ENTER this 18th day of January, 2008

PAMELA E. ROBINSON, CLERK

s/R. Knox
BY: DEPUTY CLERK

06-1157.wpd