# United States District Court

CENTRAL **DISTRICT OF** ILLINOIS

STEVEN ABRON

V.

ILLINOIS DEPARTMENT OF CORRECTIONS

## BILL OF COSTS

Case Number: 06-1157

Judgment having been entered in the above entitled action on __1/18/08__ against Steven Abron, the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $889.85 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL** | **$889.85** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:
John R. Rehn, 5 East Simmons Street, Galesburg, IL 61401

Signature of Attorney: s/Thomas H. Klein

Name of Attorney: Thomas H. Klein

For: Illinois Department of Corrections   Date: 01/22/08
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgement.

_____ By: _____ _____
Clerk of Court         Deputy Clerk          Date



Amy S. Powers d.b.a.
## Circuit Wide Reporting
*Certified Shorthand Reporters*

8984

Federal I.D. #: 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
P.O. Box 643
Galesburg, Illinois 61402-0643

Phone 309-343-3376
1-800-342-DEPO (3376)
Fax 309-446-9472

Thomas Klein, Esq.,
Attorney at Law
500 South Second Street
Springfield, IL 62706

DATE 6-08-07

CODE
AP

**PLEASE RETURN COPY OF THIS STATEMENT WITH REMITTANCE**

IN RE: Steve Abron vs. STate of IL, et al.

Case No. 06-1157

5-24-07 Deposition of Steve Abron & William Smith

Original transcript and Attendance of Steve Abron; copy transcript of Smith & exhibits

$449.85

*Accounts over 30 days are subject to service charges 1.5% per month.*



Amy S. Powers d.b.a.
# Circuit Wide Reporting
*Certified Shorthand Reporters*

9009

Federal I.D. #: 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
P.O. Box 643
Galesburg, Illinois 61402-0643

Phone 309-343-3376
1-800-342-DEPO (3376)
Fax 309-446-9472

Thomas Klein, Esq,.
Assistant Attorney General
500 South Second Street
Springfield, IL 62706

DATE 6-22-07

CODE All.

**PLEASE RETURN COPY OF THIS STATEMENT WITH REMITTANCE**

IN RE: Abron vs. State of IL, et al.

Case No. 06-1157

6-13-07 Deposition of Margaret Foley

Copy transcript and Exhibits                $91.50

*Accounts over 30 days are subject to service charges 1.5% per month.*



Amy S. Powers d.b.a.
# Circuit Wide Reporting
Certified Shorthand Reporters

9104

Federal I.D. #: 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
P.O. Box 643
Galesburg, Illinois 61402-0643

Phone 309-343-3376
1-800-342-DEPO (3376)
Fax 309-446-9472

Thomas Klein, Esq.,
Assistant Attorney General
500 South Second Street
Springfield, IL 62706

DATE 8-14-07

CODE  AP & CB

**PLEASE RETURN COPY OF THIS STATEMENT WITH REMITTANCE**

| | |
|---|---|
| IN Re: Abron vs. State of IL., et al.<br><br>Case NO. 06-1157<br><br>8-06-07 Deposition of Frank Shaw<br>8-09-07 Deposition of Donald HUlick<br><br>Copy transcripts and Exhibits | $146.35 |

*Accounts over 30 days are subject to service charges 1.5% per month.*

# Invoice

CAPITOL REPORTING SERVICE , INC.
2021   TIMBERBROOK DRIVE
SPRINGFIELD, IL   62702
FEIN 37-1032651

Voice:   217-787-6167
Fax:     217-787-6170

Invoice Number:
036355

Invoice Date:
Sep 25, 2007

Page:
1

Duplicate

Sold To:
ILLINOIS ATTORNEY GENERAL
500 SOUTH SECOND STREET
SPRINGFIELD, IL   62706

Ship to:

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| IAG100 | THOMAS KLEIN | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| ADAMS | Hand Deliver | | 10/25/07 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | DEPOSITIONS OF DEBRA DAVIS AND TERRY POLK TAKEN ON 9/12/07 IN THE MATTER OF:  ABRON VS. ILLINOIS DEPT. OF CORRECTIONS, NO. 06-1157 | | |
| 89.00 | | COPY PAGES | 1.45 | 129.05 |
| 64.00 | | PHOTOCOPIES | 0.25 | 16.00 |

Subtotal       145.05
Sales Tax
Total Invoice Amount     145.05
Check No:                       Payment Received



Amy S. Powers d.b.a.
## Circuit Wide Reporting
*Certified Shorthand Reporters*

9192

Federal I.D. #: 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
P.O. Box 643
Galesburg, Illinois 61402-0643

Phone 309-343-3376
1-800-342-DEPO (3376)
Fax 309-446-9472

Thomas Klein, Esq.,
Attorney at Law
500 South Second Street
Springfield, IL 62706

DATE   10-01-07

CODE   AP

**PLEASE RETURN COPY OF THIS STATEMENT WITH REMITTANCE**

IN RE: Abron vs. State of IL, et al.

Case No. 06-1157

9-13-07 Deposition of Larry Thompson

Copy transcript                                            $57.10

*Accounts over 30 days are subject to service charges 1.5% per month.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2008, I electronically filed the foregoing Bill of Costs with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John Rehn
john@johnrehn.com

and I hereby certify that on January 23, 2008, I mailed by United States Postal Service, the document to the following non-registered participant:

None.

Respectfully submitted,

s/ Thomas H. Klein
THOMAS H. KLEIN, #6271653
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-9014
Facsimile: (217) 524-5091
tklein@atg.state.il.us

| STATE OF ILLINOIS | ) | *Steven Abron v. IL Dept of Corrections* |
|---|---|---|
|  | ) ss. | USDC-CDIL 06-1157 |
| COUNTY OF SANGAMON | ) |  |

## AFFIDAVIT

I, Thomas H. Klein, having first been duly sworn upon oath, do hereby depose and state:

1. I am of legal age and would be competent to testify in the matters and things set forth herein if called as a witness in this cause.

2. I was the Assistant Attorney General assigned to represent Defendant Illinois Department of Corrections in the case entitled *Steven Abron v. Illinois Department of Corrections*, USDC-CDIL Case No. 06-1157.

3. The deposition transcripts were used in preparing for this cause, and were necessary to address the issues that were pending at the time the depositions were taken.

4. The aforementioned costs were necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.

5. I have knowledge of the foregoing paragraphs, and they are true and accurate to the best of my belief.

FURTHER AFFIANT SAYETH NOT.

s/Thomas H. Klein
_____
Thomas H. Klein

Subscribed and sworn to before me
this 22nd day of January, 2008.

s/Lisa D. Weitekamp
_____
Notary Public

OFFICIAL SEAL
LISA D. WEITEKAMP
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-14-2009