E-FILED
E-FILED
Wednesday, 06 February, 2008 02:28:10 PM
Clerk, U.S. District Court, ILCD
Wednesday, 23 January, 2008 08:16:27 AM
Clerk, U.S. District Court, ILCD

AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

CENTRAL ———— DISTRICT OF ———— ILLINOIS

STEVEN ABRON

V.

ILLINOIS DEPARTMENT OF CORRECTIONS

## BILL OF COSTS

Case Number: 06-1157

Judgment having been entered in the above entitled action on ___1/18/08___ against __Steven Abron__ ,
                                                              Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................................................................ | _____ |
| Fees for service of summons and subpoena ........................................................................... | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ...... | $889.85 |
| Fees and disbursements for printing ...................................................................................... | _____ |
| Fees for witnesses (itemize on reverse side) ......................................................................... | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........................... | _____ |
| Docket fees under 28 U.S.C. 1923 ........................................................................................ | _____ |
| Costs as shown on Mandate of Court of Appeals ..................................................................... | _____ |
| Compensation of court-appointed experts ............................................................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ............... | _____ |
| Other costs (please itemize) ................................................................................................. | _____ |
| TOTAL | $889.85 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

John R. Rehn, 5 East Simmons Street, Galesburg, IL 61401

Signature of Attorney: ____s/Thomas H. Klein____

Name of Attorney: Thomas H. Klein

For: Illinois Department of Corrections                                Date: __01/22/08__
          Name of Claiming Party

Costs are taxed in the amount of _____$889.85_____ and included in the judgement.

_Pamela Robinson_                    By: ____s/ H. Kallister____                2/6/8
Clerk of Court                              Deputy Clerk                              Date