## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS



AMENDED
# JUDGMENT IN A CIVIL CASE



Steve Abron

vs.

Case Number:   06-1157

State of Illinois Department of Corrections,
Henry Hill, Don Hulick, Bill Smith, and
Frank Shaw

    DECISION BY THE COURT.  This action came before the Court.  The issues have been heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that by Order dated *01123/07,* Dfts Henry Hill, Don Hulick, Bill Smith and Frank Shaw were dismissed with prejudice from the case.   On *01118/08,* summary judgment was granted in favor of Defendant, Illinois Department of Corrections, and against Plaintiff. On *02/06/08,* costs are taxed in the sum of $889.85 in favor of IDOC and against Plaintiff..

ENTER this 06th day of February, 2008.

PAMELA E. ROBINSON, CLERK

*siR*. Kallister
BY:  DEPUTY CLERK

06-1157.am wpd.wpd

